```
 1  JOSEPH SCHLESINGER, Bar #87692
    Acting Federal Defender
 2  JEFFREY L. STANIELS, Bar #91413
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    LEO MARTINEZ-MARTINEZ
 6

 7                  IN THE UNITED STATES DISTRICT COURT

 8                 FOR THE EASTERN DISTRICT OF CALIFORNIA

 9

10  UNITED STATES OF AMERICA,        )  No. 2:13-cr-024 GEB
                                     )
11                  Plaintiff,       )
                                     )
12       v.                          )  STIPULATION AND [PROPOSED] ORDER
                                     )  CONTINUING CASE.
13  LEO MARTINEZ-MARTINEZ            )
    MAURISIO ANDRADE,                )
14                                   )
                    Defendants.      )  Date:  February 15, 2013
15                                   )  Time:  9:00 a.m.
    _____    )  Judge: Hon. Garland E. Burrell, Jr.
16                                   )
```

**IT IS HEREBY STIPULATED** by and among Assistant United States Attorney Olusere Olowoyeye, counsel for Plaintiff, Assistant Federal Defender Jeffrey L. Staniels, counsel for Defendant LEO MARTINEZ-MARTINEZ and acting on behalf of DANIEL KOUKOL, counsel for MAURISIO ANDRADE, that the above case be vacated from this court's February 15, 2013, calendar, and that it be continued until March 22, 2013, at 9:00 a.m. for status conference.

Government Counsel has advised that discovery in the form of several CDs, is being prepared for distribution sometime next week. The time requested is intended to permit review of discovery, consultation with clients, consideration of necessary investigation and motions, and other defense preparation.

**IT IS FURTHER STIPULATED** that the interests of justice to be served by granting this continuance outweigh the interests of the public and of the defendants in a speedy trial. Therefore the parties agree that time for trial should be excluded between February 15, 2013 and March 22, 2013, pursuant to 18 U.S.C. § 3161(h)(7)(b)(iv), Local Code T-4.

**IT IS SO STIPULATED**.

Dated: February 14, 2013     /s/ *Olusere Olowoyeye*
                             Olusere Olowoyeye
                             Assistant United States Attorney
                             Counsel for Plaintiff

Dated: February 14, 2013     /s/ *Jeffrey L. Staniels*
                             Jeffrey L. Staniels
                             Assistant Federal Defender
                             Counsel for Defendant
                             LEO MARTINEZ-MARTINEZ

Dated: February 14, 2013     /S/*Daniel Koukol*
                             Daniel Koukol
                             Attorney for Defendant
                             MAURISIO ANDRADE

1
2                          **O R D E R**
3      The above stipulation is hereby accepted.  The court finds that the
4 interests of justice served by granting this continuance outweigh the
5 interests of the public and the defendants in a speedy trial.  This
6 matter is ordered to be dropped from this court's criminal calendar on
7 February 15, 2013, and to be re-calendared for March 22, 2013, at 9:00
8 a.m.
9
       **IT IS SO ORDERED.**
10
Dated:   February 14, 2013
11
12
                          _____
13                        GARLAND E. BURRELL, JR.
                          Senior United States District Judge

Stipulation & Order
Continuing Case                    3