DAN KOUKOL
Attorney at Law
State Bar No. 122526
11930 Heritage Oak Place, Suite 6
Auburn, California 95603
Telephone: (530) 823-5400
Facsimile: (530) 852-0150
Email: dkoukol@placergroup.com

Attorney for Defendant,
**MAURISIO ANDRADE**

# THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:13-CR-00024-TLN |
| Plaintiff, | WAIVER OF PERSONAL APPEARANCE; **ORDER** |
| vs. | |
| MAURISIO ANDRADE, | |
| Defendant. | |

Pursuant to Federal Rules of Criminal Procedure, Rule 43(c) (3), defendant, Maurisio Andrade hereby waives the right to be present in person in open court upon the hearing of any motion or other pre-trial proceeding in this cause except that he will agree to be personally present for any plea, sentencing or jury trial, and he agrees to be personally present in court when ordered by the court to be present.

Defendant Andrade, hereby requests the court to proceed during every absence of him which the court may permit pursuant to this waiver; agrees that his interests will be deemed represented at all times by the presence of his attorney, the same as if defendant Andrade were personally present and further agrees to be present in court ready for hearing any day and hour the court may fix in his absence.

-1-

Defendant Andrade further acknowledges that he has been informed of his rights under Title 18 U.S.C. sections 3161-3174 of the Speedy Trial Act, and authorized his attorney to set times and delays under the Act without defendant Andrade being present and agrees to waive any and all time under both the Sixth Amendment to the Constitution and the Speedy Trial Act regarding his rights to a speedy public jury trial.

The original signed copy of this document shall be maintained by counsel.

DATED: April 19, 2013

Respectfully submitted,

/s/ Dan Koukol
_____
DAN KOUKOL
Attorney for Defendant,
MAURISIO ANDRADE


/s/ Maurisio Andrade (Original retained by attorney)
_____
MAURISIO ANDRADE

**ORDER**

**IT IS SO ORDERED**.

DATED: July 26, 2013

_____
Troy L. Nunley
United States District Judge